

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-22-00022-CR, 04-22-00023-CR, and 04-22-00024-CR

Nathanael Lee **SCHOEN,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A19182, A19183, A19184
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

On February 11, 2022, appellant Nathanael Lee Schoen moved to consolidate these appeals. The motion indicates that appellant's counsel conferred with the State and the State consents to consolidation. Having considered the motion to consolidate, we agree that, in the interest of efficient administration, these appeals should be consolidated. Appellant's motion to consolidate is therefore **GRANTED**.

We **ORDER** Nos. 04-22-00022-CR, 04-22-00023-CR, and 04-22-00024-CR consolidated for purposes of the record, briefing, and argument on appeal. Because the records have not yet been filed in these appeals, the district clerk and court reporter must file the record as if the appeals were one, and the parties must file any motions and briefs as if the appeals were one. However, all three appeal numbers must be included on the documents. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a single appeal. The court will dispose of the appeals with the same judgment, opinion, and mandate.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2022.

MICHAEL A. CRUZ, Clerk of Court